JAP:RMT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M10-1072

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EDWIN CABRERA and
SASHA CARABALLO SANCHEZ,

    Defendants.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(T. 21, U.S.C. § 846)

EASTERN DISTRICT OF NEW YORK, SS:

    CHRISTOPHER McKELVY, being duly sworn, deposes and says that he is a Special Agent with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

    Upon information and belief, on or about September 15, 2010, within the Eastern District of New York and elsewhere, the defendants EDWIN CABRERA and SASHA CARABALLO SANCHEZ did knowingly, intentionally and unlawfully conspire to possess with intent to distribute a substance containing cocaine, a schedule II narcotic drug controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

    (Title 21, United States Code, Section 846).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about September 15, 2010, the defendants EDWIN CABRERA and SASHA CARABALLO SANCHEZ arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard Delta Flight 550 from Santiago, Dominican Republic.

2. The defendant SASHA CARABALLO SANCHEZ was selected for a Customs and Border Protection ("CBP") examination. She presented two black "Traveler" suitcases. The inspector asked routine customs questions, establishing that CARABALLO SANCHEZ owned the suitcases and all their contents.

3. When an inspector examined the suitcases, the inspector noticed that modifications had been made to the handrails and feet of both suitcases. The inspector then probed the suspicious areas of the suitcases and found a white powdery substance in both suitcases that field-tested positive for cocaine. At that point, the defendant SASHA CARABALLO SANCHEZ was placed under arrest.

4. The gross weight of the white powdery substance found inside the two "Traveler" suitcases was approximately 1853.8 grams.

---

[1] Because the purpose of this affidavit is merely to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

3

5. After she was arrested, the defendant SASHA CARABALLO SANCHEZ was given Miranda warnings, which she appeared to understand and waived. CARABALLO SANCHEZ then made the following statements, in sum and substance. CARABALLO SANCHEZ stated that she knew that the "Traveler" suitcases contained drugs. CARABALLO SANCHEZ stated that the defendant EDWIN CABRERA had asked her to carry those suitcases and had promised her $6,000 for transporting them into the United States. CARABALLO SANCHEZ further stated that, in addition to the drugs, the suitcases also contained clothes belonging to her and to CABRERA.

6. A further search of the "Traveler" suitcases revealed men's and women's clothing contained therein.

7. The defendant EDWIN CABRERA meanwhile had already been stopped for examination by CBP inspectors after he had been observed waiting in the baggage claim area without collecting any luggage. CABRERA told inspectors that he had not been traveling with any luggage.

8. The defendant SASHA CARABALLO SANCHEZ subsequently agreed to allow agents to search her cell phone. Agents observed that the phone contained a number under the name "Edwin," and that the phone contained a photograph of the defendant EDWIN CABRERA wearing the same clothes that he was wearing when stopped by CBP inspectors.

4

9. Agents subsequently reviewed certain law enforcement databases and determined the defendants EDWIN CABRERA and SASHA CARABALLO SANCHEZ had purchased their tickets from the United States to the Dominican Republic together, and had been on the same flight on or about September 11, 2010. The defendant EDWIN CABRERA was then placed under arrest.

WHEREFORE, your deponent respectfully requests that the defendants EDWIN CABRERA and SASHA CARABALLO SANCHEZ be dealt with according to law.

CHRISTOPHER MCKELVY
Special Agent
United States Immigration and
Customs Enforcement

Sworn to before me this
16th day of September, 2010

t
E